■ PERSIA MUNOZ, Appellant, v 608-610 REALTY CORP. et al., Respondents. [599 NYS2d 565] —Judgment, Supreme Court, Bronx County (Alan J. Saks, J.), entered on or about February 6, 1992, upon a verdict in favor of plaintiff and against defendants, awarding damages of $15,000, unanimously affirmed, without costs.

The report of plaintiff's consulting surgeon was evidence of a kind accepted in the medical profession as reliable in forming a professional opinion *(see, Borden v Brady,* 92 AD2d 983; *Hambsch v New York City Tr. Auth.,* 63 NY2d 723, 726), and thus defense counsel's reference to the report in cross-examining plaintiff's treating physician, and use of the findings contained therein in propounding hypothetical questions to one of defendants' medical experts, was proper and does not warrant the granting of a new trial on the issue of damages. Concur—Rosenberger, J. P., Kupferman, Kassal and Rubin, JJ.